ond Department. June 4, 1909.) Action by John Wall against the New York Edison'Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents.

WALRATH, Respondent, v. EBELING, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by Theodore Walrath against Frederick H. Ebeling. No opinion. Judgment and order affirmed, with costs.

WARNER, Respondent, v. GRANT, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by William J. Warner against Charles M. Grant. No opinion. Judgment of the Municipal Court affirmed, with costs.

WARREN–SMITH CO., Respondent, v. BRADY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1909.) Action by the Warren-Smith Company against Charles A. Brady. No opinion. Judgment affirmed, with costs.

WEBSTER v. COLUMBIAN LIFE INS. CO. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Anna C. M. Webster against the Columbian Life Insurance Company. No opinion. Motion granted. Questions certified. Order filed. See, also, 62 Misc. Rep. 345, 115 N. Y. Supp. 892; 116 N. Y. Supp. 404.

WEILBRENNER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Magdalena Weilbrenner against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the County Court of Queens county unanimously affirmed, with costs.

WELCH v. BERRY. (Supreme Court, Appellate Division, Fourth Department. June 4, 1909.) Action by William J. Welch against John Berry. No opinion. Judgment affirmed, without costs. New trial to be had in Justice's Court 'on Tuesday, June 15, 1909, at 10 a. m.

WELCH, Respondent, v. POST, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Dewitt C. Welch against Daniel Post. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

WELLER, Appellant, v. BUFFALO EXPANDED METAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Charles A. Weller against the Buffalo Expanded Metal

Company. No opinion. Judgment and order affirmed, with costs.

WESSELS, Appellant, v. MUNN, Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Edward J. Wessels against Harry A. Munn. A. B. Nathan, for appellant. E. A. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

WEST CANADA LUMBER CO., Respondent, v. STEVENS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by the West Canada Lumber Company against Frederick C. Stevens. No opinion. Motion to dismiss appeal denied, with $10 costs.

WILEY et al., Appellants, v. ZEH, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Milnor Wiley and another against Elizabeth L. Zeh. No opinion. Judgment of the Municipal Court affirmed, with costs.

WILLIAM MESSER CO. v. ROTHSTEIN. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by the William Messer Company against Abraham Rothstein. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 App. Div. 215, 113 N. Y. Supp. 772.

WILSON, Respondent, v. BAKER, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by James Wilson against Minnie Baker.

PER CURIAM. Judgment and order of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff was not the procuring cause of the sale.

HIRSCHBURG, P. J., dissents, on the ground that the evidence clearly establishes the fact that the plaintiff was employed to sell the property, and by a fair preponderance that he did procure the purchaser to whom it was sold.

WILSON, Appellant, v. McDONALD, Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by James Wilson against John B. McDonald. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the judgment was against the weight of evidence.

WILSON, Respondent, v. OTIS ELEVATOR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by James H. Wilson against the Otis Elevator Company. No opinion. Judgment and order affirmed, with costs.

In re WOLCOTT. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) In the matter of the appraisal of the

property of James E. Wolcott, deceased, under the act in relation to taxable transfers of property.

PER CURIAM. Decree and order affirmed, with costs.

WILLIAMS, J., dissents.

WOOLF v. WOOLF. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by Mary J. Woolf against James A. Woolf. No opinion. Motion denied, with $10 costs. Order filed. See, also, 116 N. Y. Supp. 104.

YALE & TOWNE MFG. CO., Respondent, v. METROPOLITAN SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by the Yale & Towne Manufacturing Company against the Metropolitan Surety Company. J. B. Coleman, for appellant. L. H. Porter, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ZAGARINO et al., Respondents, v. KURZROK, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Frank Zagarino and another against Max Kurzrok. No opinion. Order affirmed on argument, with $10 costs and disbursements.

END OF CASES IN VOL. 117.

*